Commonwealth *v.* Severa, Appellant.

Argued April 8, 1929.

Before TREXLER, KELLER, LINN, GAWTHROP, CUNNING-
HAM and BALDRIGE, JJ.

Ralph P. Tannehill, for appellant, cited: Gordon v.
The Director General of Railroads, 268 Pa. 497.

J. E. Kalson, Assistant District Attorney, and with
him Samuel H. Gardner, District Attorney, and Ralph
C. Davis, for appellee, cited: McCollum v. Pittsburgh
Railway Co., 51 Pa. Superior Ct. 637; Miller v. Lehigh
Valley R. R. Co., 58 Pa. Superior Ct. 558; Common-
wealth v. Sutton, 51 Pa. Superior Ct. 191; Corrigan v.
Traction Co., 225 Pa. 560; Commonwealth v. Levine,
74 Pa. Superior Ct. 491.

OPINION BY KELLER, J., April 15, 1929:

Appellant was convicted of fornication and bas-
tardy. He offered no evidence on the trial, taking the
position that the testimony of the Commonwealth's wit-
ness, Mary Holewinski, with respect to the alleged act
or acts of fornication, was so contradictory as to be
insufficient and incompetent to sustain a verdict of
guilty.

The girl was of low mentality, uneducated and had had little schooling. She was easily confused and under the cross-examination of defendant's counsel made answers, which if she understood the questions, were inconsistent with the defendant's guilt; but the sympathetic and tactful examination by the court which followed apparently reassured the witness and thereafter there was no uncertainty or contradiction in her testimony.

We agree with the learned court below that the case was for the jury.

The assignments of error are overruled. The judgment is affirmed, and it is ordered that the appellant, Joseph L. Severa, appear in the court below at such time as he may be there called and that he be by that court committed until he has complied with the sentence, or any part of it, which had not been performed at the time the appeal in this case was made a supersedeas.